STATE of Missouri, Respondent,

v.

Varnell BRADLEY, Appellant.

No. WD 76259.

Missouri Court of Appeals,
Western District.

June 24, 2014.

Dora A. Fichter, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Varnell Bradley was convicted of domestic assault in the second degree by a jury in the Circuit Court of Boone County. After hearing evidence of prior convictions, the court found him to be a persistent domestic violence offender and sentenced him to fifteen years in prison. Bradley timely appealed. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).

Marion M. CHAPMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75844.

Missouri Court of Appeals,
Western District.

June 24, 2014.

Laura G. Martin, District Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

## Order

PER CURIAM:

Marion Chapman appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. In his sole point on appeal, Chapman contends that the motion court clearly erred in denying his motion because his trial counsel failed to act as a reasonably competent attorney in that she 1) failed to advise Chapman, in a manner that he could understand, that the jury could be instructed as to not only self-defense but also voluntary manslaughter as a lesser-included offense of second-degree murder; and 2) failed to request that the jury be instructed on voluntary manslaughter.

We affirm. Rule 84.16(b).